**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 17, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-12-00243-CV

———————

**JILES DANIELS, Appellant**

**V.**

**EMPTY EYE, INC., EMPTY EYE & ASSOCIATES, L.P. & JUDITH DANIELS,
Appellees**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-02141**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 20, 2012. On April 5, 2012, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Boyce, and McCally.